# UNITED STATES DISTRICT COURT
for the

Southern District of Texas

| United States of America | ) |
|---|---|
| v. | ) |
| Jose Martin BURGOS-Rojas | ) Case No. |
|  | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **September 25, 2018** in the county of **Zapata** in the **Southern** District of **Texas**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 USC 1326 | A citizen of Mexico, who has previously been REMOVED or has departed the United States while an order of REMOVAL is outstanding was thereafter found in the United States in or near Zapata, Texas the said Defendant having not obtained the consent of the Attorney General of the United States (prior to March 1, 2003) or of the Secretary of the Department of Homeland Security (March 1, 2003 and thereafter- Title 6, United States Code, Sections 202 and 557) for the reapplication by the said Defendant for admission into the United States. |

This criminal complaint is based on these facts:

On or about September 25, 2018 the defendant Jose Martin BURGOS-Rojas was apprehended near Zapata, Texas. After a brief interview it was determined that, Jose Martin BURGOS-Rojas was an undocumented alien from Mexico and subsequently placed under arrest. Further investigation revealed that Jose Martin BURGOS-Rojas was previously REMOVED from the United States on 03/19/2013 at Atlanta, Ga. There is no record that Jose Martin BURGOS-Rojas has applied for or received permission from the Attorney General or the Secretary of Homeland Security to re-enter the United States after deportation.

☐ Continued on the attached sheet.

/S/Ronald A. Dejean III

*Complainant's signature*

Complainant Ronald Dejean
sworn and attested before me
on September 27, 2018,
at Laredo, Texas.

Sam S. Sheldon
United States Magistrate Judge